

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-14-00067-CR

---

WILLIAM JASON PUGH, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 402nd Judicial District Court
Wood County, Texas
Trial Court No. 22,042-2013

---

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

On September 12, 2013, in Wood County, Texas, William Jason Pugh was charged, by separate indictments, with two counts of aggravated sexual assault of S.C., a child. During the trial, evidence that Pugh committed separate extraneous offenses was admitted under Article 38.37 of the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 38.37 (West Supp. 2014). After a jury trial, Pugh was found guilty of both counts and sentenced to two terms of life imprisonment to run concurrently.

Pugh has filed a single brief in which he raises issues common to both of his appeals. Here, Pugh appeals from his conviction in trial court cause number 22,042-2013 for aggravated sexual assault of a child by penetration of the sexual organ of a child younger than fourteen years of age by his sexual organ and argues (1) that the State's notice of intent to introduce extraneous offenses during the guilt/innocence phase pursuant to Article 38.37 of the Texas Code of Criminal Procedure was deficient; (2) that the trial court erred by finding the State's extraneous-offense evidence was "enough to find, beyond a reasonable doubt, that the extraneous offenses occurred"; and (3) that the jury instructions failed to instruct the jury how to apply the beyond-a-reasonable-doubt standard to the extraneous offenses.

We addressed these issues in detail in our opinion of this date on Pugh's appeal in cause number 06-14-00066-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Bailey C. Moseley
Justice

Date Submitted: February 13, 2015
Date Decided: April 15, 2015

Do Not Publish